# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2404

_____

LEROY FISHER,

Petitioner,

v.

CANDACE ROBERTS and STATE OF
FLORIDA, DEPARTMENT OF
REVENUE,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

December 21, 2018

PER CURIAM.

DENIED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

John Merrett, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Respondents.